JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARISSA LAUREN COVEY,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 3:22-cv-00453-CSD<br><br>**UNOPPOSED MOTION FOR EXCEPTION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 11, filed on April 10, 2023), currently due on May 10, 2023, by 30 days, through and including June 9, 2023. Defendant further requests that all subsequent deadlines be extended accordingly.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Defendant respectfully requests this additional time because counsel is currently in the process of determining if a settlement agreement is possible. If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Motion for Reversal

and/or Remand. This request is made in good faith and with no intention to unduly delay the proceedings.

On May 8, 2023, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and/or Remand, through and including June 9, 2023.

Dated: May 9, 2023    Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2023

2