JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARISSA LAUREN COVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:22-cv-00453-CSD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: June 5, 2023            Respectfully submitted,

                LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                */s/ Marc V. Kalagian*
                MARC V. KALAGIAN
                (*as authorized via email on June 2, 2023)
                Attorney for Plaintiff

Dated: June 5, 2023            Respectfully submitted,

                JASON M. FRIERSON
                United States Attorney

                */s/ David Priddy*
                DAVID PRIDDY
                Special Assistant United States Attorney
                Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED: June 5, 2023